B 23 (Official Form 23) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re CHARLENE JUNE THOBE SCOTT
_____
Debtor

Case No. 08-30629 _____

Chapter 7 _____

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below.*

☑ I, CHARLENE JUNE THOBE SCOTT _____, the debtor in the above-styled case, hereby
(Printed Name of Debtor)
certify that on January 9, 2009 _____ (Date), I completed an instructional course in personal financial management
provided by Arbor Investments _____, an approved personal financial
(Name of Provider)
management provider.

Certificate No. (if any): 06501-ILN-DE- 0058241115

☐ I, _____, the debtor in the above-styled case, hereby
(Printed Name of Debtor)
certify that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: Charlene June Thobe Scott

Date: 1/12/09

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 06501-ILN-DE-005824115

Bankruptcy Case Number: 08-30629

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on January 9, 2009 _____ at 7:16 _____ o'clock AM MST _____,

Charlene Thobe Scott _____ completed a course on personal financial

management given by internet _____ by

Arbor Investments _____

a provider approved pursuant to 11 U S C § 111 to provide an instructional course concerning

personal financial management in the Northern District of Illinois _____.

Date: January 9, 2009 _____   By   /s/Travis Rousseau _____

Name   Travis Rousseau _____

Title   Program Manager _____